AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Jr., William T. | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 10245<br>Savannah, Georgia<br>31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Keller Williams Realty - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. American Express BK FSB | A | Interest | K | T | Buy | 04/08/09 | K | | |
| 4. Apollo Investment Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Blackrock S&P Common Stock | A | Dividend | J | T | | | | | |
| 7. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Brookline Bancorp. Inc. | A | Dividend | J | T | | | | | |
| 9. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 10. Caterpillar Inc. Del | A | Dividend | J | T | Buy | 02/04/09 | J | | |
| 11. Cisco Systems, Inc. Common Stock | | None | J | T | | | | | |
| 12. Cit Bank | A | Interest | K | T | Buy | 04/08/09 | K | | |
| 13. Citizens Communications Co. | A | Dividend | J | T | | | | | Name change/Frontier Comm. |
| 14. Citadel Broadcasting Co. | A | Dividend | | | Sold | 06/24/09 | J | | |
| 15. Comcast Corp New C L A | A | Dividend | J | T | Buy | 08/31/09 | J | | |
| 16. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 17. Corning Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 19. Danaher Corp. Del Common Stock **** | A | Dividend | J | T | | | | | |
| 20. Du Pont E I DE Nemours | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 21. Darby Bank Money Market Checking | A | Interest | L | T | | | | | |
| 22. Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. Farmers Cap BK Corp. | A | Dividend | J | T | | | | | |
| 24. Federal Home Loan Bank Gov't Bond | A | Interest | J | T | | | | | |
| 25. Federal National Mortgage Assoc. Investment | A | Interest | J | T | | | | | |
| 26. Federated Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 27. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 28. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. First M&F Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. First M&F Corp. Common Stock | A | Dividend | J | T | | | | | |
| 31. First Security Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 32. Frontier Communications | A | Dividend | J | T | | | | | 08/08 changed frm Citizens |
| 33. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 34. General Electric Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman-Sachs Group | A | Dividend | J | T | | | | | |
| 36. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 37. Hewlett Packard Co. Common Stock HPQ** | A | Dividend | J | T | | | | | |
| 38. Hewlett Packard Co. Common Stock ** | A | Dividend | | | Sold | 09/30/09 | J | | |
| 39. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 40. Household Finance Corp. Bond | A | Interest | J | T | | | | | |
| 41. ICH Corp. Common Stock | | None | J | T | | | | | |
| 42. ISTAR Financial Inc. | A | Dividend | J | T | | | | | |
| 43. Infosys Tech, LTD ADR | A | Dividend | K | T | | | | | |
| 44. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 45. Janus IRA - Constrarian Fund (Mutal Fund) | A | Dividend | K | T | | | | | |
| 46. Kimberly-Clark Common Stock | A | Dividend | J | T | | | | | |
| 47. Lincoln Nat'l Corp IND NPV | A | Dividend | | | Sold | 04/14/09 | J | | |
| 48. Mason Dixon Preferred Stock | A | Dividend | J | T | | | | | |
| 49. Medco Health Solutions Common Stock | A | Dividend | K | T | | | | | |
| 50. Merrill Lynch IRA Rollover Acct | | | | | | | | | SEE EXPLANATION |
| 51. Microsoft Corp | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 53. ML Bank USA RASP | A | Dividend | L | T | | | | | |
| 54. Murphy Oil Corp. Common Stock | A | Dividend | K | T | Buy | 06/24/09 | J | | |
| 55. Nucor Corporation | A | Dividend | J | T | | | | | |
| 56. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 57. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 58. Regions Finl. Corp | A | Dividend | | | Sold | 02/09/09 | J | | |
| 59. Schering-Plough Common Stock | A | Dividend | J | T | | | | | |
| 60. Stanley Works CAP TR1 | A | Interest | J | T | | | | | |
| 61. Sterne, Agee & Leach - IRA Account | | | | | | | | | SEE EXPLANATION |
| 62. SunTrust Bank Money Market Acct. (#1) | A | Interest | J | T | | | | | |
| 63. Time Warner, Inc. Common Stock | A | Dividend | | | Sold | 05/01/09 | J | | |
| 64. Time Warner, Inc. Common Stock** | A | Dividend | | | Sold | 05/01/09 | J | | |
| 65. TJX Companies, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 66. Union Pacific | A | Dividend | J | T | Buy | 06/21/09 | J | | |
| 67. U.S. Treasury Note 01/15/09 | A | Interest | | | Redeemed | 01/15/09 | K | | |
| 68. U.S. Treasury Note 02/15/08 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Treasury Note 02/15/11 | B | Interest | K | T | | | | | |
| 70. U.S. Treasury Note 05/15/09 | A | Interest | | | Redeemed | 05/15/09 | K | | |
| 71. U.S. Treasury Note 05/15/10 | A | Interest | K | T | | | | | |
| 72. U.S. Treasury Note 08/15/08 | A | Interest | K | T | | | | | |
| 73. U.S. Treasury Note 08/31/11 | B | Interest | K | T | | | | | |
| 74. U.S. Treasury Note 11/15/08 | B | Interest | K | T | | | | | |
| 75. U.S. Treasury Note 11/15/09 | A | Interest | | | Redeemed | 11/11/09 | K | | |
| 76. U.S. Treasury Note 02/15/10 | B | Interest | K | T | | | | | |
| 77. U.S. Treasury Note 11/15/10 | B | Interest | K | T | | | | | |
| 78. U.S. Treasury Note 02/15/12 | B | Interest | K | T | | | | | |
| 79. U.S. Treasury Note 08/31/12 | B | Interest | K | T | | | | | |
| 80. U.S. Treasury Note 07/31/13 | A | Interest | K | T | | | | | |
| 81. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 82. U.S. Treasury Note 05/31/2014 | A | Interest | K | T | Buy | 06/22/09 | K | | |
| 83. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 84. United Parcel Services Cl B Common Stock | A | Dividend | | | Sold | 06/24/09 | J | | |
| 85. Vanguard REIT EFT | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Extd MKT EFT | A | Dividend | J | T | Buy | 08/31/09 | J | | |
| 87. Vanguard FTSE All World | A | Dividend | J | T | Buy | 09/30/09 | J | | |
| 88. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 89. Wells Fargo & Co New DEL | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 90. Wyeth Common Stock | A | Dividend | | | Sold | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation - Line 46
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 58
Sterne, Agee & Leach - IRA Account - All assests of this account are included individually in Part VII of this report.



## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moore, Jr., William T. | 2. Court or Organization<br><br>Southern District of Georgia | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 10245<br>Savannah, Georgia<br>31412 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2010 AUG 18 A 10:17 DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Keller Williams Realty - Commissions |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |



| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allstate Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. American Express BK FSB | A | Interest | K | T | Buy | 04/08/09 | K | | |
| 4. Apollo Investment Co. Common Stock | A | Dividend | J | T | | | | | |
| 5. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 6. Blackrock S&P Common Stock | A | Dividend | J | T | | | | | |
| 7. Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Brookline Bancorp. Inc. | A | Dividend | J | T | | | | | |
| 9. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 10. Caterpillar Inc. Del | A | Dividend | J | T | Buy | 02/04/09 | J | | |
| 11. Cisco Systems, Inc. Common Stock | | None | J | T | | | | | |
| 12. Cit Bank | A | Interest | K | T | Buy | 04/08/09 | K | | |
| 13. Citizens Communications Co. | A | Dividend | J | T | | | | | Name change/Frontier Comm. |
| 14. Citadel Broadcasting Co. | A | Dividend | | | Sold | 06/24/09 | J | | |
| 15. Comcast Corp New C L A | A | Dividend | J | T | Buy | 08/31/09 | J | | |
| 16. Conoco Phillips Common Stock | A | Dividend | K | T | | | | | |
| 17. Corning Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cotsco Companies, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 19. Danaher Corp. Del Common Stock **** | A | Dividend | J | T | | | | | |
| 20. Du Pont E I DE Nemours | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 21. Darby Bank Money Market Checking | A | Interest | L | T | | | | | |
| 22. Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 23. Farmers Cap BK Corp. | A | Dividend | J | T | | | | | |
| 24. Federal Home Loan Bank Gov't Bond | A | Interest | J | T | | | | | |
| 25. Federal National Mortgage Assoc. Investment | A | Interest | J | T | | | | | |
| 26. Federated Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 27. Federate Prime Cash Money Market Fund | A | Dividend | J | T | | | | | |
| 28. First Horizon National Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. First M&F Corp. Common Stock | A | Dividend | J | T | | | | | |
| 30. First M&F Corp. Common Stock | A | Dividend | J | T | | | | | |
| 31. First Security Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 32. Frontier Communications | A | Dividend | J | T | | | | | 08/08 changed frm Citizens |
| 33. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 34. General Electric Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman-Sachs Group | A | Dividend | J | T | | | | | |
| 36. Helmerich Payne Inc. | A | Dividend | J | T | | | | | |
| 37. Hewlett Packard Co. Common Stock HPQ** | A | Dividend | J | T | | | | | |
| 38. Hewlett Packard Co. Common Stock ** | A | Dividend | | | Sold | 09/30/09 | J | | |
| 39. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 40. Household Finance Corp. Bond | A | Interest | J | T | | | | | |
| 41. ICH Corp. Common Stock | | None | J | T | | | | | |
| 42. ISTAR Financial Inc. | A | Dividend | J | T | | | | | |
| 43. Infosys Tech, LTD ADR | A | Dividend | K | T | | | | | |
| 44. Intel Corp. Common Stock | A | Dividend | J | T | | | | | |
| 45. Janus IRA - Constrarian Fund (Mutal Fund) | A | Dividend | K | T | | | | | |
| 46. Kimberly-Clark Common Stock | A | Dividend | J | T | | | | | |
| 47. Lincoln Nat'l Corp IND NPV | A | Dividend | | | Sold | 04/14/09 | J | | |
| 48. Mason Dixon Preferred Stock | A | Dividend | J | T | | | | | |
| 49. Medco Health Solutions Common Stock | A | Dividend | K | T | | | | | |
| 50. Merrill Lynch IRA Rollover Acct | | | | | | | | | SEE EXPLANATION |
| 51. Microsoft Corp | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Minnesota Mining & Mfg. Co. (3M Company) Common Stock | A | Dividend | K | T | | | | | |
| 53. ML Bank USA RASP | A | Dividend | L | T | | | | | |
| 54. Murphy Oil Corp. Common Stock | A | Dividend | K | T | Buy | 06/24/09 | J | | |
| 55. Nucor Corporation | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 56. Pepsico, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 57. Proctor & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 58. Regions Finl. Corp | A | Dividend | | | Sold | 02/09/09 | J | | |
| 59. Schering-Plough Common Stock | A | Dividend | J | T | | | | | |
| 60. Stanley Works CAP TR1 | A | Interest | J | T | | | | | |
| 61. Sterne, Agee & Leach - IRA Account | | | | | | | | | SEE EXPLANATION |
| 62. SunTrust Bank Money Market Acct. (#1) | A | Interest | J | T | | | | | |
| 63. Time Warner, Inc. Common Stock | A | Dividend | | | Sold | 05/01/09 | J | | |
| 64. Time Warner, Inc. Common Stock** | A | Dividend | | | Sold | 05/01/09 | J | | |
| 65. TJX Companies, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 66. Union Pacific | A | Dividend | J | T | Buy | 06/21/09 | J | | |
| 67. U.S. Treasury Note 01/15/09 | A | Interest | | | Redeemed | 01/15/09 | K | | |
| 68. U.S. Treasury Note 02/15/08 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. U.S. Treasury Note 02/15/11 | B | Interest | K | T | | | | | |
| 70. U.S. Treasury Note 05/15/09 | A | Interest | | | Redeemed | 05/15/09 | K | | |
| 71. U.S. Treasury Note 05/15/10 | A | Interest | K | T | | | | | |
| 72. U.S. Treasury Note 08/15/08 | A | Interest | K | T | | | | | |
| 73. U.S. Treasury Note 08/31/11 | B | Interest | K | T | | | | | |
| 74. U.S. Treasury Note 11/15/08 | B | Interest | K | T | | | | | |
| 75. U.S. Treasury Note 11/15/09 | A | Interest | | | Redeemed | 11/11/09 | K | | |
| 76. U.S. Treasury Note 02/15/10 | B | Interest | K | T | | | | | |
| 77. U.S. Treasury Note 11/15/10 | B | Interest | K | T | | | | | |
| 78. U.S. Treasury Note 02/15/12 | B | Interest | K | T | | | | | |
| 79. U.S. Treasury Note 08/31/12 | B | Interest | K | T | | | | | |
| 80. U.S. Treasury Note 07/31/13 | A | Interest | K | T | | | | | |
| 81. U.S. Treasury Note 01/15/14 | A | Interest | K | T | | | | | |
| 82. U.S. Treasury Note 05/31/2014 | A | Interest | K | T | Buy | 06/22/09 | K | | |
| 83. United Parcel Service Corp. Bond | A | Interest | J | T | | | | | |
| 84. United Parcel Services Cl B Common Stock | A | Dividend | | | Sold | 06/24/09 | J | | |
| 85. Vanguard REIT EFT | A | Dividend | J | T | Buy | 06/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Vanguard Extd MKT EFT | A | Dividend | J | T | Buy | 08/31/09 | J | | |
| 87. Vanguard FTSE All World | A | Dividend | J | T | Buy | 09/30/09 | J | | |
| 88. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 89. Wells Fargo & Co New DEL | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 90. Wyeth Common Stock | A | Dividend | | | Sold | 06/24/09 | J | | |
| 91. ▓▓▓▓▓▓▓▓▓ | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moore, Jr., William T. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Explanation - Line 46
Merrill Lynch IRA Rollover Account - All assets of this account are included individually in Part VII of this report.

Explanation - Line 58
Sterne, Agee & Leach - IRA Account - All assests of this account are included individually in Part VII of this report.

Explanation - Line 91
███████████ This information was inadvertently ommitted from this year's report.

Explanation - Line 55
Nucor - Inadver ently omitted to list purchase date to this year's report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544